UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM INSURANCE CORPORATION,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>JAMES RIVER INSURANCE COMPANY, et al.,<br><br>                                    Defendants. | 22-CV-7472 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference scheduled for **July 16, 2024, at 3:30 p.m. ET is RESCHEDULED to July 16, 2024, at 11:00 a.m. ET**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 819 221 661, followed by the pound (#) sign.

SO ORDERED.

Dated: July 12, 2024
       New York, New York

_____
DALE E. HO
United States District Judge