UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM INSURANCE CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES RIVER INSURANCE COMPANY, et al.,<br><br>                    Defendants. | 22-CV-7472 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On July 16, 2024, the Court held a conference in the above-captioned matter.  For the reasons discussed during the conference, the Court will adopt the following briefing schedule for the summary judgement motions:

　　　　　All opening papers are due:　　　　**September 18, 2024**

　　　　　All opposition papers are due:　　　**October 25, 2024**

Parties may file a joint letter, by **November 1, 2024**, if they seek leave to file brief reply papers and propose a deadline.

　　　　　SO ORDERED.

Dated: July 16, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge