UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LM Insurance Corporation,

                          Plaintiff,

          v.

James River Insurance Company, et al.,

                          Defendants.

22-CV-7472 (DEH)

ORDER

DALE E. HO, United States District Judge:

The parties have entered into a settlement agreement, ECF No. 84. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:  April 7, 2026
        New York, New York

_____
                   DALE E. HO
         United States District Judge